## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

TAISHA WILLIAMS-GARDNER,    )
                            )
        **Plaintiff,**        )
                            )
   v.                       )  Case No.: 2:18-cv-12288-AC-DRG
                            )
DIVERSIFIED CONSULTANTS,    )
INC.,                       )
        **Defendant.**        )
                            )

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Taisha Williams-Gardner and Defendant, Diversified Consultants, Inc, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated:  1/17/2019                                        s/Avern Cohn